IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA SUE HAYES,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>WAL-MART, INC., a             )<br>corporation; and              )<br>EWUVONKA FLOURNOY, an         )<br>individual,                   )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>2:15cv648-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(3) Sam's Club, Inc./Wal-Mart, Inc.'s motion to dismiss (doc. no. 6) is granted without prejudice as to plaintiff's claims against Wal-Mart, Inc. in Counts I

and IV-VI and denied as to plaintiff's claim of race discrimination against Wal-Mart, Inc. in Count II.

(4) Defendant Ewuvonka Flournoy's motion to dismiss (doc. no. 7) is granted as to Counts I-V with prejudice, and is granted as to Count VI without prejudice.

(5) Plaintiff's motion for leave to amend the complaint (doc. no. 18) is left for resolution by the magistrate judge.

(6) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 13th day of April, 2016.

                               /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE